2007R00299/JWA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal No. 07-263 (DMC) |
| GIOVANNI WILLIS | : | |
| | : | ORDER OF DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the Acting United States Attorney for the District of New Jersey hereby dismisses Indictment, Criminal No. 07-263, against defendant Giovanni Willis charging him with being a felon in possession of ammunition and a firearm in violation of Title 18, United States Code, Section 922(g) and Section 2, for the reason that prosecution of defendant Giovanni Willis at this time is not in the best interests of the United States.

RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. The dismissal is without prejudice.

HON. DENNIS M. CAVANAUGH
United States District Judge

Date: 5/10/09